854 A.2d 440

**CANTEEN CORPORATION, Appellee**

v.

**COMMONWEALTH of Pennsylvania, Appellant.**

Supreme Court of Pennsylvania.

July 20, 2004.

Michael Adam Roman, Clinton G. Smith, Harrisburg, for Com.

Robert R. Batt, Peter L. Faber, for Pro-Hac-Vice.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of July, 2004, the order of the Commonwealth Court entered in *Canteen Corp. v. Commonwealth,* 818 A.2d 594 (Pa.Cmwlth.2003), is affirmed.